*Mr. Fromme*, for appellants. *Mr. Loewy*, for respondents.

PER CURIAM. The attachment herein having been declared to have been improperly granted by decision handed down herewith, (*ante*, 505,) the order continuing injunction must be reversed and the injunction vacated, without costs, but with disbursements to respondents.

---

### TORBETT, Respondent, v. EATON, Appellant.

(*Supreme Court, General Term, First Department.* January 24, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Eugene H. Lewis*, for appellant. *W. W. Badger*, for respondent.

No opinion. Motion to dismiss denied. For former report, see 1 N. Y. Supp. 614.

---

### *In re* VOORHIS' WILL.

(*Supreme Court, General Term, First Department.* January 24, 1890.)

For former reports, see 5 N. Y. Supp. 948; 7 N. Y. Supp. 596.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

PER CURIAM. We see no reason for the granting of this order to show cause.

---

### WYGANT v. BROWN.

(*Supreme Court, General Term, First Department.* January 24, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion. Motion denied, with costs. For former report, see 7 N. Y. Supp. 490.